```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SEGUNDO GONZALEZ BASURTO, individually and on                          :
behalf of others similarly situated,                                   :
                                                                       :
                                       Plaintiff,                      :     20-CV-5736 (JPC)
                                                                       :
                -v-                                                    :     ORDER
                                                                       :
3 EAST 48TH REST. INC. et al.,                                         :
                                                                       :
                                       Defendants.                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that, during their participation in the Court-annexed Mediation Program, the parties reached an agreement on all issues. Accordingly, it is hereby ORDERED that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by March 19, 2021.

SO ORDERED.

Dated: February 23, 2021
       New York, New York
                                                  _____
                                                        JOHN P. CRONAN
                                                     United States District Judge